MLJ/2009R00399

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 09- 299 (SRC) |
| | : | |
| SAMUEL GRAVES | : | 18 U.S.C. § 922(g)(1) |
| and JAMES CROSS | | |

I N D I C T M E N T

COUNT ONE

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about November 10, 2008, in Passaic County, in the District of New Jersey, and elsewhere, defendant

SAMUEL GRAVES

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New York, *NMP* did knowingly possess in and affecting commerce a firearm, namely a Taurus .45 cal. handgun, serial number NA054375.

In violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about November 10, 2008, in Passaic County, in the District of New Jersey, and elsewhere, defendant

JAMES CROSS

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, namely a Taurus .45 cal. handgun, serial number NA054375.

In violation of Title 18, United States Code, Section 922(g)(1).

2

## FORFEITURE ALLEGATIONS

1.    The allegations contained in Counts One and Two of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Counts One and Two of this Indictment, the defendants,

SAMUEL GRAVES
and JAMES CROSS

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> a Taurus .45 cal. handgun, serial number NA054375 and nine (9) rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_Ralph J. Marra, Jr._
RALPH J. MARRA, JR.
Acting United States Attorney

3

CASE NUMBER: _09-299(SRC)_

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

SAMUEL GRAVES
and JAMES CROSS

# INDICTMENT FOR

18 U.S.C. § 922(g)(1)

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

MELISSA L. JAMPOL
ASSISTANT U.S. ATTORNEY
(973) 645-2772

USA-48AD 8
(Ed. 1/97)