UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Stanley R. Chesler

        v.                  :    Crim. No. 09-cr-299 (SRC)

JAMES CROSS and             :    ORDER
SAMUEL GRAVES


      This matter having come before the Court on the motion of defendant SAMUEL GRAVES (Michael Gilberti, Esq., appearing) and defendant JAMES CROSS (Robert Olejar, Esq, appearing) for an Order regarding an omnibus motion.

      IT IS, on this __17__ day of September 2009,

      ORDERED that the motions of the defendants GRAVES and CROSS for an order

1) Requesting <u>Brady</u> material is GRANTED. The Government shall produce any <u>Brady</u> material which exists;

2) Requesting <u>Giglio</u> material is GRANTED. The Government shall produce <u>Giglio</u> material to the defense not less than thirty (30) days in advance of trial;

3) Requesting Jencks material is GRANTED. The Government shall produce Jencks material to the defense not less than three (3) days in advance of a witness' testimony;

4) Requesting law enforcement reports is GRANTED; The Government shall produce any law enforcement reports which exist.

5) Requesting videotape, audiotape and photographs is GRANTED. The Government shall produce any videotapes, audiotapes and photographs which exist;

6) Requesting the preservation of agents' rough notes is GRANTED.

7) Requesting information relating to the patrol car type and vehicle identification number is DENIED but leave is hereby GRANTED by the Court for an application by defense counsel for a subpoena pursuant to Federal Rule of Criminal Procedure 17(c);

8) Requesting information relating to ownership records of defendant JAMES CROSS' car is DENIED but leave is hereby GRANTED by the Court for an application by defense counsel for a subpoena pursuant to Federal Rule of Criminal Procedure 17(c); and

9) Requesting notice to defense of all evidence the Government intends to offer of other crimes, wrong or acts within the meaning of Rule 404(b) of the Federal Rules of Evidence is GRANTED. The Government shall provide notice to the defense not less than ten (10) days prior to the date of trial.

Defendants have withdrawn their motions requesting unredacted discovery, the serial number of the handgun and the summons.

IT IS FURTHER ORDERED that the trial in this matter be shall be held on November 17, 2009.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge