# OLEJAR & OLEJAR, LLP

*ATTORNEYS AT LAW*
11 Morey Lane
Randolph, NJ 07869
Tel. (201) 400-8351
rolejar@aol.com

ROBERT J. OLEJAR*                                          LINDA M. K. OLEJAR
*Also Certified Public Accountant of New Jersey

November 3, 2009

Hon. Stanley R. Chesler, U.S.D.J.
Martin Luther King, Jr., Fed'l Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  *U.S. v. James Cross, et al.*,
         Case No. 09-cr-299 (SRC)

Dear Judge Chesler:

Enclosed please find a proposed form of Order with two subpoenas attached, which both Defendants respectfully request the Court enter. The subpoena requesting recordings, radio transmissions, logs, etc., has previously been agreed to by the Government, pursuant to discussions between myself and AUSA Rodney Villazor. The other subpoena, requesting Paterson Policy Policies and Procedures, among other things, are needed by the Defendants' Police Expert to prepare his report. Although the items requested in this subpoena have not been agreed to by the Government, the Government has been provided with copies of both subpoenas, as well as notice of the proposed expert testimony, in writing, in advance of this application.

The dates of the subpoenas and the return dates and times have been deliberately left blank for the Court to enter as it sees fit. Should the Court enter the Order, I will pick up the subpoenas, obtain the Clerk's raised seal thereon, and have them served.

Should the Court have any questions or require anything further, please do not hesitate to contact me.

                                                   Respectfully,

                                                   **OLEJAR & OLEJAR, LLP**

                                                   By: /s/ Robert J. Olejar
                                                       ROBERT J. OLEJAR, ESQ., C.P.A., C.F.E.

Hand-delivered w/enclosures
cc.   AUSA Rodney Villazor, w/enclosures
       Michael V. Gilberti, Esq., w/enclosures

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL GRAVES and<br>JAMES CROSS | Hon. Stanley R. Chesler<br><br>Criminal No. 09-cr-299 (SRC)<br><br>ORDER COMPELLING PRE-TRIAL PRODUCTION OF DOCUMENTS AND OBJECTS PURSUANT TO FED.R.CRIM.P. 17(c) |

The Court having considered Defendants' Application Requesting Pre-Trial Production of Documents and Objects under Fed.R.Crim.P. 17(c), and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED** and the Clerk of the Court is directed that subpoenas annexed to this Order shall be issued, compelling the Paterson New Jersey Police Department to produce the documents and objects listed therein at this Court, on _November 10, 2009_, at _10:00_ AM or at such other place to which the parties may agree.

_____
THE HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2009

Submitted By:

Robert J. Olejar, Esq., C.P.A., C.F.E.
Olejar & Olejar, L.L.P.
11 Morey Lane
Randolph, NJ 07869-4628
(201) 400-8351
rolejar@aol.com
Counsel for Defendant James Cross