# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal 2:09-299(SRC)(2) |
| -vs- | : | |
| JAMES CROSS | : | JUDGMENT OF ACQUITTAL |
| | : | |

This cause having come on for trial before the Court, with a jury, and after due deliberation, the jury having returned a verdict of NOT GUILTY,

It is on this 24th day of November, 2009,

O R D E R E D that the defendant, JAMES CROSS is NOT GUILTY of the offenses charged in Counts 2 of the indictment.

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.